Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN TEXTILES, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART, INC.; *et al.*<br><br>Defendants. | Case No.: CV12-08005 GW (SHx)<br><u>Honorable George Wu Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION**<br><br>Trial Date:  Sept. 17, 2013<br>Final Pretrial Conf.: Sept. 5, 2013<br><br>JS-6 |

    Having reviewed the stipulation of the parties to dismiss this action and finding good cause thereon,

///

///

///

1
**ORDER ON STIPULATION TO DISMISS ACTION**

    IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its own costs and fees incurred.

    IT IS SO ORDERED.

Dated: June 2, 2013

                                                 _____
                                                 HON. GEORGE H. WU
                                                 U.S. DISTRICT JUDGE